IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT J. GARRY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-00813-B (BT) |
| | § | |
| | § | |
| JOSH YEAGER, | § | |
|     Defendant. | § | |

## **NOTICE OF DEFICIENCY AND ORDER**

Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

☒ Complaint is not in compliance with Federal Rule of Civil Procedure 8(a).

☐ Signature of the attorney of record or each party proceeding *pro se* is required on each pleading, motion or other paper filed by that party. (See Federal Rule of Civil Procedure 11).  Plaintiff(s) must submit a new and properly signed: ☐ complaint. ☐ request to proceed *in forma pauperis*.

☐ The $402 fee has not been paid nor has a proper request to proceed *in forma pauperis* been submitted.[1]

☐ A request to proceed *in forma pauperis* must include a financial affidavit.  See 28 U.S.C § 1915(a)(1).

☐ The pleadings are not filed on the appropriate form.

---

[1] As of December 1, 2020, a $52 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $402 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis*.  See District Court Miscellaneous Fee Schedule.

**The Clerk of the Court shall take the following indicated action**:

☒ A true copy of this order shall be mailed to each plaintiff or his/her attorney of record.  No further process shall issue except upon order of the Court.

☐ A form application to proceed *in forma pauperis* shall be mailed to each plaintiff.

☒ A copy of Federal Rule of Civil Procedure 8 shall be mailed to plaintiff.

☒ The Pro Se 1 Complaint for a Civil Case from the United States Courts's website shall be mailed to plaintiff.

It is hereby **ORDERED** that plaintiff shall cure each deficiency by May 10, 2021.  Failure to comply with this order will result in a recommendation that the complaint be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED April 9, 2021.

*Rebecca Rutherford*
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE