IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT J. GARRY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-00813-B (BT) |
| | § | |
| | § | |
| JOSH YEAGER, | § | |
|     Defendant. | § | |

## ORDER SPECIFYING FURTHER ACTION TO BE TAKEN

**The Clerk of the Court shall take the following indicated action**:

☒ A true copy of this order shall be mailed to plaintiff. The Clerk shall issue summons to defendant at 6619 W. Calumet Road, Milwaukee, Wisconsin 53223.

The Clerk shall prepare copies of the complaint, Magistrate Judge's Questionnaire and other pleadings and orders, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and deliver them with the summons to the United States Marshal Service.

**The United States Marshal Service shall take the following indicated action:**

☒ Summons shall be served within 30 days from the date of this order pursuant to Fed. R. Civ. P. 4(c).

    It is further **ORDERED** that, at all times during the pendency of this action, plaintiff(s) shall immediately notify the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS." The notice shall contain only information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the amended complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**After docketing, this action shall be:**

☒ Referred to Magistrate Judge Rutherford for further proceedings and/or findings and recommendation.

☐ Referred to a Judge of the District Court for further action as may be appropriate.

SIGNED June 11, 2021.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE