UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT J. GARRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:21-cv-00813-B-BT |
| JOSH YEAGER, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 11, 2022. (ECF No. 34). The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (ECF No. 28) is **GRANTED** and this case is **DISMISSED** with prejudice under Fed. R. Civ. P. 12(b)(6).

**SO ORDERED** this 31st day of May, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE